# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-27763 |
| | § | |
| TAMMY M BUNTIN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 10/16/2014, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   09/24/2014          By:   /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-27763 |
| | § | |
| TAMMY M BUNTIN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,197.00
*and approved disbursements of* $2,496.51
*leaving a balance on hand of[1]:* $2,700.49

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,700.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $679.88 | $0.00 | $679.88 |
| David P. Leibowitz, Trustee Expenses | $5.98 | $0.00 | $5.98 |

Total to be paid for chapter 7 administrative expenses: $685.86
Remaining balance: $2,014.63

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,014.63

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,014.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,278.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC  (CorTrust Bank NA) | $487.06 | $0.00 | $29.48 |
| 2 | Atlas Acquisitions LLC  (Direct Merchants Credit C | $1,005.45 | $0.00 | $60.87 |
| 3 | US Dept of Education | $28,654.32 | $0.00 | $1,734.68 |
| 4 | Devry Education Group | $1,184.80 | $0.00 | $71.73 |
| 5 | MERRICK BANK | $788.20 | $0.00 | $47.72 |
| 6 | LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services,LLC | $400.31 | $0.00 | $24.23 |
| 7 | LVNV Funding, LLC its successors and assigns as assignee of North Star Capital | $283.02 | $0.00 | $17.13 |
| 8 | Nicor Gas | $475.61 | $0.00 | $28.79 |

|  | Total to be paid to timely general unsecured claims: | $2,014.63 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

      Prepared By: /s/ David P. Leibowitz
                                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                 Case No. 13-27763-JPC
Tammy M Buntin                                                         Chapter 7
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez              Page 1 of 2                  Date Rcvd: Sep 25, 2014
                              Form ID: pdf006              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2014.
db            #+Tammy M Buntin,    4552 W 122nd St. Apt 212,    Alsip, IL 60803-2504
20709596       +Arc,   2915 Professional Parkway,    Augusta, GA 30907-6521
21609977       +Atlas Acquisitions LLC  (CorTrust Bank NA),    294 Union St.,   Hackensack, NJ 07601-4303
21609978       +Atlas Acquisitions LLC  (Direct Merchants Credit C,    294 Union St.,
                 Hackensack, NJ 07601-4303
20894660      #+Avon Products,   PO Box 94223,    Palatine, IL 60094-4223
20709597       +Cci,   P O Box 212609 Suite 110,    Augusta, GA 30917-2609
20709598       +Ccs/First National Ban,    500 E 60th St N,   Sioux Falls, SD 57104-0478
20709599       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20709600       +Credit Management Lp,    4200 International Pkwy,   Carrollton, TX 75007-1912
20709601       +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
20709602       +Frd Motor Cr,   Pob 542000,    Omaha, NE 68154-8000
20709603       +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
20709605       +JRSI, Inc.,   C/O Steven J. Fink & Associates, PC,    25 E. Washington, Ste. 1233(a),
                 Chicago, IL 60602-1708
20709604       +John Lee,   4552 W. 122nd Apt 212,    Alsip, IL 60803-2504
20709609       +Mcsi Inc,   Po Box 327,    Palos Heights, IL 60463-0327
20709619       +State Farm Financial S,    3 State Farm Plaza N-4,   Bloomington, IL 61791-0002
21880090        US Dept of Education,    Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
20709621       +Us Dept Of Ed/Glelsi,    Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20894664       +E-mail/Text: bankrup@aglresources.com Sep 26 2014 00:51:21       (NICOR) Northern Illinois Gas,
                 Attention Bankruptcy & Collections,    PO Box 549,   Aurora IL 60507-0549
20709595       +E-mail/PDF: recoverybankruptcy@afninet.com Sep 26 2014 00:55:15      Afni, Inc.,   Po Box 3097,
                 Bloomington, IL 61702-3097
20763789       +E-mail/Text: bnc@atlasacq.com Sep 26 2014 00:51:31      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
20894661       +E-mail/Text: bankruptcynotices@devry.edu Sep 26 2014 00:53:13      Devry Education Group,
                 814 Commerce Drive,    Oak Brook , IL 60523-1965
20709606       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 26 2014 00:51:36      Kohls/Capone,
                 Po Box 3115,   Milwaukee, WI 53201-3115
21975844        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2014 00:57:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
21975846        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2014 00:55:13
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
20709607       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2014 00:56:21      Lvnv Funding Llc,
                 Po Box 10497,   Greenville, SC 29603-0497
21958976        E-mail/Text: bkr@cardworks.com Sep 26 2014 00:51:17      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
20709612       +E-mail/Text: bkr@cardworks.com Sep 26 2014 00:51:17      Merrick Bank,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
20709613       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2014 00:52:14      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
20709616       +Fax: 847-227-2151 Sep 26 2014 01:38:35      Mrsi,   2250 E Devon Ave Ste 352,
                 Des Plaines, IL 60018-4521
20709617       +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 26 2014 00:52:37       Nco Financial Systems,,
                 600 Holiday Plaza Dr Ste,    Matteson, IL 60443-2238
20894662       +E-mail/Text: bankrup@aglresources.com Sep 26 2014 00:51:21      Nicor,   P.O. Box 2020,
                 Aurora, IL 60507-2020
22009226       +E-mail/Text: bankrup@aglresources.com Sep 26 2014 00:51:21      Nicor Gas,   Po box 549,
                 Aurora il 60507-0549
20709618       +E-mail/Text: bknotices@totalcardinc.com Sep 26 2014 00:52:22      Plains Commerce Bank,
                 5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
20709620       +E-mail/Text: bankruptcy@sw-credit.com Sep 26 2014 00:52:22      Sw Crdt Sys,
                 5910 W Plano Pkwy Suite 100,    Plano, TX 75093-2202
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20709608*      +Lvnv Funding Llc,   Po Box 10497,   Greenville, SC 29603-0497
20709610*      +Mcsi Inc,   Po Box 327,    Palos Heights, IL 60463-0327
20709611*      +Mcsi Inc,   Po Box 327,    Palos Heights, IL 60463-0327
20709614*      +Midland Funding,   8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
20709615*      +Midland Funding,   8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: mgonzalez             Page 2 of 2                   Date Rcvd: Sep 25, 2014
                              Form ID: pdf006             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Janna L Quarless     on behalf of Debtor Tammy M Buntin jquarless@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Marcie C Venturini     on behalf of Debtor Tammy M Buntin mventurini@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Michael L Sherman     on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```