**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-27763 |
| | § | |
| TAMMY M BUNTIN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $10,475.00 | Assets Exempt: | $40,900.00 |
| Total Distributions to Claimants: | $2,014.63 | Claims Discharged Without Payment: | $55,796.14 |
| Total Expenses of Administration: | $704.90 | | |

3) Total gross receipts of $5,197.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,477.47 (see **Exhibit 2**), yielded net receipts of $2,719.53 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $13,566.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $704.90 | $704.90 | $704.90 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $55,722.00 | $33,278.77 | $33,278.77 | $2,014.63 |
| **Total Disbursements** | $69,288.00 | $33,983.67 | $33,983.67 | $2,719.53 |

4). This case was originally filed under chapter 7 on 07/10/2013. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2014              By:   /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $5,197.00 |
| **TOTAL GROSS RECEIPTS** | | $5,197.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| TAMMY BUNTIN | Exemptions | 8100-002 | $2,477.47 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,477.47 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frd Motor Cr | 4110-000 | $13,566.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $13,566.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $679.88 | $679.88 | $679.88 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.98 | $5.98 | $5.98 |
| Green Bank | 2600-000 | NA | $19.04 | $19.04 | $19.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $704.90 | $704.90 | $704.90 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (CorTrust Bank NA) | 7100-900 | $486.00 | $487.06 | $487.06 | $29.48 |
| 2 | Atlas Acquisitions LLC (Direct Merchants Credit C | 7100-900 | $1,002.00 | $1,005.45 | $1,005.45 | $60.87 |
| 3 | US Dept of Education | 7100-000 | $27,806.00 | $28,654.32 | $28,654.32 | $1,734.68 |
| 4 | Devry Education Group | 7100-000 | $0.00 | $1,184.80 | $1,184.80 | $71.73 |
| 5 | MERRICK BANK | 7100-900 | $1,203.00 | $788.20 | $788.20 | $47.72 |
| 6 | LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services,LLC | 7100-900 | $410.00 | $400.31 | $400.31 | $24.23 |
| 7 | LVNV Funding, LLC its successors and assigns as assignee of North Star Capital | 7100-900 | $283.00 | $283.02 | $283.02 | $17.13 |
| 8 | Nicor Gas | 7100-000 | $0.00 | $475.61 | $475.61 | $28.79 |
|  | Afni, Inc. | 7100-000 | $2,071.00 | $0.00 | $0.00 | $0.00 |
|  | Arc | 7100-000 | $221.00 | $0.00 | $0.00 | $0.00 |
|  | Cci | 7100-000 | $221.00 | $0.00 | $0.00 | $0.00 |
|  | Ccs/First National Ban | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
|  | Credit Management Lp | 7100-000 | $173.00 | $0.00 | $0.00 | $0.00 |
|  | Hsbc Bank | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
|  | JRSI, Inc. | 7100-000 | $2,252.00 | $0.00 | $0.00 | $0.00 |
|  | Kohls/Capone | 7100-000 | $439.00 | $0.00 | $0.00 | $0.00 |
|  | Mcsi Inc | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Mcsi Inc | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Mcsi Inc | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Midland Funding | 7100-000 | $3,636.00 | $0.00 | $0.00 | $0.00 |
|  | Midland Funding | 7100-000 | $828.00 | $0.00 | $0.00 | $0.00 |
|  | Midland Funding | 7100-000 | $506.00 | $0.00 | $0.00 | $0.00 |
|  | Mrsi | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
|  | Nco Financial | 7100-000 | $284.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Systems, | | | | | |
| State Farm Financial S | 7100-000 | $12,320.00 | $0.00 | $0.00 | $0.00 |
| Sw Crdt Sys | 7100-000 | $828.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $55,722.00 | $33,278.77 | $33,278.77 | $2,014.63 |

Case 13-27763    Doc 32    Filed 01/26/15    Entered 01/26/15 11:05:26    Desc Main
                        Document      Page 5 of 9

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-27763-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BUNTIN, TAMMY M | Date Filed (f) or Converted (c): | 07/10/2013 (f) |
| For the Period Ending: | 12/29/2014 | §341(a) Meeting Date: | 08/26/2013 |
| | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Chase Checking | $150.00 | $0.00 | | $0.00 | FA |
| 2  Used Furniture | $250.00 | $0.00 | | $0.00 | FA |
| 3  Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 4  401(k) | $40,000.00 | $0.00 | | $0.00 | FA |
| 5  2011 Ford Focus (36,000 Miles) | $10,475.00 | $0.00 | | $0.00 | FA |
| 6  Tax Refund (u) | $0.00 | $5,197.00 | | $5,197.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$51,375.00     $5,197.00         $5,197.00     $0.00

**Major Activities affecting case closing:**

| 08/25/2014 | TFR Completed for Trustee's review. |
| 03/27/2014 | Tax refund received. |
| 10/24/2013 | Tax Intercept Completed |
| 08/28/2013 | Tax Intercept Completed |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2015 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/15/2014 | DAVID LEIBOWITZ |

Page No: 1
FORM 2
Case 13-27763   Doc 32   Filed 01/26/15   Entered 01/26/15 11:05:26   Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document     Page 7 of 9
Exhibit 9

| Case No. | 13-27763-JPC | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | BUNTIN, TAMMY M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6703 | | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 7/10/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/29/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2014 | (6) | United States Treasury | Tax refund | 1224-000 | $5,197.00 | | $5,197.00 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.08 | $5,195.92 |
| 03/31/2014 | 3001 | TAMMY BUNTIN | Entitled Portion of Tax Refund. | 8100-002 | | $2,477.47 | $2,718.45 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.01 | $2,713.44 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.51 | $2,708.93 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.08 | $2,704.85 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.36 | $2,700.49 |
| 10/21/2014 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $679.88 | $2,020.61 |
| 10/21/2014 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.98 | $2,014.63 |
| 10/21/2014 | 3004 | US Dept of Education | Claim #: 3; Amount Claimed: 28,654.32; Amount Allowed: 28,654.32; Distribution Dividend: 6.05; | 7100-000 | | $1,734.68 | $279.95 |
| 10/21/2014 | 3005 | Devry Education Group | Claim #: 4; Amount Claimed: 1,184.80; Amount Allowed: 1,184.80; Distribution Dividend: 6.05; | 7100-000 | | $71.73 | $208.22 |
| 10/21/2014 | 3006 | Nicor Gas | Claim #: 8; Amount Claimed: 475.61; Amount Allowed: 475.61; Distribution Dividend: 6.05; | 7100-000 | | $28.79 | $179.43 |
| 10/21/2014 | 3007 | MERRICK BANK | Claim #: 5; Amount Claimed: 788.20; Amount Allowed: 788.20; Distribution Dividend: 6.05; | 7100-900 | | $47.72 | $131.71 |
| 10/21/2014 | 3008 | LVNV Funding, LLC its successors and assigns as | Claim #: 6; Amount Claimed: 400.31; Amount Allowed: 400.31; Distribution Dividend: 6.05; | 7100-900 | | $24.23 | $107.48 |
| 10/21/2014 | 3009 | LVNV Funding, LLC its successors and assigns as | Claim #: 7; Amount Claimed: 283.02; Amount Allowed: 283.02; Distribution Dividend: 6.05; | 7100-900 | | $17.13 | $90.35 |
| 10/21/2014 | 3010 | Atlas Acquisitions LLC (CorTrust Bank NA) | Claim #: 1; Amount Claimed: 487.06; Amount Allowed: 487.06; Distribution Dividend: 6.05; | 7100-900 | | $29.48 | $60.87 |
| 10/21/2014 | 3011 | Atlas Acquisitions LLC (Direct Merchants Credit C | Claim #: 2; Amount Claimed: 1,005.45; Amount Allowed: 1,005.45; Distribution Dividend: 6.05; | 7100-900 | | $60.87 | $0.00 |
| | | | | **SUBTOTALS** | $5,197.00 | $5,197.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| Case No. | 13-27763-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BUNTIN, TAMMY M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6703 | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/10/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/29/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,197.00 | $5,197.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,197.00 | $5,197.00 | |
| | | | Less: Payments to debtors | | $0.00 | $2,477.47 | |
| | | | **Net** | | $5,197.00 | $2,719.53 | |

| For the period of 7/10/2013 to 12/29/2014 | | For the entire history of the account between 03/27/2014 to 12/29/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,197.00 | Total Compensable Receipts: | $5,197.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,197.00 | Total Comp/Non Comp Receipts: | $5,197.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,719.53 | Total Compensable Disbursements: | $2,719.53 |
| Total Non-Compensable Disbursements: | $2,477.47 | Total Non-Compensable Disbursements: | $2,477.47 |
| Total Comp/Non Comp Disbursements: | $5,197.00 | Total Comp/Non Comp Disbursements: | $5,197.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-27763-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | BUNTIN, TAMMY M | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***6703 | **Checking Acct #:** ******6301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 7/10/2013 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/29/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,197.00 | $5,197.00 | $0.00 |

**For the period of 7/10/2013 to 12/29/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,197.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,197.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,719.53 |
| Total Non-Compensable Disbursements: | $2,477.47 |
| Total Comp/Non Comp Disbursements: | $5,197.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/10/2013 to 12/29/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,197.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,197.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,719.53 |
| Total Non-Compensable Disbursements: | $2,477.47 |
| Total Comp/Non Comp Disbursements: | $5,197.00 |
| Total Internal/Transfer Disbursements: | $0.00 |